JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Donna Rae Harrison,<br><br>           Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 1:19-cv-01683-BAM<br><br>STIPULATION AND<br>ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 05/09/2020 to 06/08/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration.  Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                        Respectfully submitted,

Dated: May 8, 2020            PENA & BROMBERG, ATTORNEYS AT LAW

1

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: May 9, 2020   MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  **/s/ Carolyn B. Chen*
Carolyn B. Chen
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 05/09/2020)

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to serve her letter brief is GRANTED. Plaintiff shall serve Defendant with her letter brief on or before June 8, 2020. All other deadlines in the Court's Scheduling Order are extended accordingly.
IT IS SO ORDERED.

Dated:   **May 12, 2020**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE