1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Donna Harrison,                                    )
                                                   )
              Plaintiff,                            )
                                                   )
       vs.                                          )
                                                   )
ANDREW SAUL,                                        )
Commissioner of Social Security,                    )
                                                   )
              Defendant.                            )
_____ )

Case No. 1:19-cv-01683-BAM

STIPULATION AND
ORDER FOR SECOND EXTENSION OF
TIME

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 6/08/2020 to 7/8/2020 , for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time. Good cause exists for this request. The week of 05/24/2020, Plaintiff's Counsel had 14 administrative hearings, 1 reply brief, 1 merits brief and 2 opening briefs due. The week of 05/31/2020, Plaintiff's Counsel had 23 administrative hearings, 1 hearing preparation appointments with claimant, 1 reply brief, 1 motion for summary judgement and 4 opening briefs. Finally, the week of 6/8/2020, Counsel has 13 administrative hearings. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

1

Additionally, due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.    The Office of Hearings Operations is still conducting telephonic hearings.   As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.

Respectfully submitted,

Dated: June 8, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff


Dated: June 8, 2020                    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By:  */s/*
Carolyn B. Chen
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on  6/8/2020 )

2

1

**<u>ORDER</u>**

2

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request

3

for a second extension of time to serve her confidential letter brief is GRANTED.

4

Plaintiff shall serve Defendant with her confidential letter brief on or before July 8, 2020.

5

All other deadlines in the Court's Scheduling Order are modified accordingly.

6

7

IT IS SO ORDERED.

8

Dated:   **June 10, 2020**                    /s/ *Barbara A. McAuliffe*

9

UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3