McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA RAE HARRISON,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:19-cv-01683-BAM<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 8, 2020 to November 9, 2020.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Order for Ext.;  Case 1:19-cv-01683-BAM          1

- Defendant shall serve and file a responsive brief within on or before November 9, 2020; and

- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before November 24, 2020).

                Respectfully submitted,

Dated: October 6, 2020        /s/ Jonathan Pena*
                              (*as authorized via e-mail on 10/6//20)
                              JONATHAN PENA
                              Attorney for Plaintiff

Dated: October 6, 2020        McGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                  By:    /s/ Marcelo Illarmo
                              MARCELO ILLARMO
                              Special Assistant United States Attorney

                              Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and cause appearing, the deadline for Defendant to file a response to Plaintiff's Opening Brief is extended to November 9, 2020. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **October 7, 2020**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE